ROBERT W. FREEMAN
Nevada Bar No. 003062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
*USAA CASUALTY INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| NICHOLE BALLESTEROS,<br><br>Plaintiff,<br><br>vs.<br><br>USAA CASUALTY INSURANCE COMPANY, a Texas Corporation,<br><br>Defendants. | CASE NO.: 2:19-cv-01698-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSIVE PLEADING**<br><br>**(1st Request)** |

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6-1(a), the parties hereto, by and through their respective counsel of record, hereby stipulate and agree that the time for Defendant USAA CASUALTY INSURANCE COMPANY ("USAA CIC") to file its response to Plaintiff's Complaint (ECF No. 1-1) be extended by an additional seven (7) days from the current deadline of October 7, 2019, to a new filing deadline through and including, October 14, 2019. This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court.

USAA CIC requires additional time to complete their review of the averments contained in the Complaint and prepare its response. The current deadline for filing a responsive pleading is October 7, 2019. This is the first request for an extension as no requests for extensions to file a response to Plaintiff's Complaint have been previously made in this matter. Good cause exists for

4842-1791-9913.1

this extension as defense counsel is not able to meet the current filing deadline despite diligent efforts and requires additional time to prepare defendant's response, which requires review of numerous records in order to respond accordingly to Plaintiff's factual allegations. This brief extension will not prejudice any party or cause undue delay. This stipulation is made in good faith and not for the purpose of delay.

Dated this 4th day of October, 2019.                    Dated this 4th day of October, 2019.


/s/ *Priscilla L. O'Briant*                              /s/ *Joseph N. Mott*

| ROBERT W. FREEMAN, ESQ. | JOSEPH N. MOTT |
| Nevada Bar No. 3062 | Nevada Bar No. 12455 |
| PRISCILLA L. O'BRIANT, ESQ. | SCOTT E. LUNDY |
| Nevada Bar No. 10171 | Nevada Bar No. 14235 |
| LEWIS BRISBOIS BISGAARD & SMITH, LLP | REMPFER MOTT LUNDY, PLLC |
| 6385 S. Rainbow Blvd., Suite 600 | 10091 Park Run Dr., Ste. 200 |
| Las Vegas, Nevada 89118 | Las Vegas, NV 89145 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *USAA Casualty Insurance Company* | *Nicholle Ballesteros* |

### ORDER

**IT IS SO ORDERED.**

Dated this 7th day of October, 2019.

_____
U.S. MAGISTRATE JUDGE