**REMPFER MOTT LUNDY, PLLC**
JOSEPH N. MOTT
Nevada Bar No. 12455
SCOTT E. LUNDY
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
T: (702) 825-5303
F: (702) 825-4413
Joey@rmllegal.com
Scott@rmllegal.com
Attorney for Plaintiff
**NICHOLE BALLESTEROS**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **NICHOLE BALLESTEROS,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**USAA CASUALTY INSURANCE COMPANY,** a Texas Corporation,<br><br>Defendant. | Case No.: 2:19-cv-01698-JAD-VCF<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES<br><br>(FIRST REQUEST) |

Pursuant to LR 6-1, 6-2, 7-1, and 26-4, Plaintiff Nichole Ballesteros ("Plaintiff" or "Ballesteros"), by and through her attorneys of records, Joseph N. Mott and Scott E. Lundy of Rempfer Mott Lundy, PLLC, and Defendant USAA Casualty Insurance Company, by and through its attorneys of record, Robert W. Freeman and Priscilla L. O'Briant of Lewis Brisbois Bisgaard & Smith, LLP, hereby stipulate and agree to extend the discovery cutoff date and related deadlines by 90 days. This is the parties' first request for such an extension.

. . .

. . .



A.  **Discovery Completed To Date**

To date, the following discovery has been completed:

1. The parties have exchanged initial disclosures;
2. Plaintiff has propounded written discovery; and
3. The parties have begun exchanging dates of availability for fact witness depositions.

B.  **Remaining Discovery To Be Completed**

The following discovery remains to be completed:

1. Expert disclosures;
2. Depositions of key fact witnesses, including Defendant's FRCP 30(b)(6) designee(s) and Plaintiff.
3. Defendant to propound written discovery; and
4. Additional follow-up written discovery, if necessary.

C.  **Reasons Discovery Cannot Be Completed Within the Original Deadline**

This stipulation is made for good cause and not for the purposes of delay. The parties have begun exchanging dates of availability for the depositions of certain fact witnesses, including Plaintiff, Defendant's FRCP 30(b)(6) designee(s), and at least one of Defendant's claims handlers. Given the witnesses and counsel's availability, and the need to coordinate travel for at least one of the key depositions, it is clear the parties need additional time to conduct the depositions with enough time to serve additional follow-up written discovery, as necessary. Accordingly, the parties respectfully request that the Court modify the Scheduling Order to allow the parties the additional discovery time requested.

D.  **Proposed Schedule For Completing Remaining Discovery**

The parties stipulate and agree to the following discovery schedule:

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Discovery Cut off: | April 13, 2020 | July 13, 2020 |
| Initial Expert Disclosures: | February 13, 2020 | May 13, 2020 |



*Rempfer Mott Lundy, PLLC*
*10091 Park Run Dr., Ste. #200*
*Las Vegas, NV 89145-8868*
*(702) 825-5303; fax (702) 8254413*
*Info@rmllegal.com*

| | | | |
|---|---|---|---|
| 1 | Interim Status Report: | February 13, 2020 | May 13, 2020 |
| 2 | Rebuttal Expert Disclosure: | March 16, 2020 | June 12, 2020 |
| 3 | Dispositive Motions: | May 13, 2020 | August 11, 2020 |
| 4 | Pretrial Order: | June 12, 2020 | September 11, 2020 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

Based on the foregoing, the Parties respectively request the Court issue an Order extending the current Scheduling Order to the Discovery Schedule set forth above.

Dated this 14th day of January, 2020.

| | |
|---|---|
| REMPFER MOTT LUNDY, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Joseph N. Mott | /s/ Priscilla L. O'Briant |
| Joseph N. Mott | Robert W. Freeman |
| Nevada Bar No. 12455 | Nevada Bar No. 3062 |
| Scott E. Lundy | Priscilla L. O'Briant |
| Nevada Bar No. 14235 | Nevada Bar No. 10171 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| **Nichole Ballesteros** | **USAA Casualty Insurance Company** |

**ORDER**

**IT IS SO ORDERED.**

Dated: 1-30-2020

_____
UNITED STATES MAGISTRATE JUDGE



Rempfer Mott Lundy, PLLC
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145-8868
(702) 825-5303; fax (702) 8254413
Info@rmllegal.com